**Avanell D. MEADOWS and Edward Meadows**

v.

**Gerald C. PALMER.**
**Civ. No. 13943.**

United States District Court
D. Maryland.
July 1, 1963.

363 U.S. 370, 80 S.Ct. 1171, 4 L.Ed. 1277 (1959).

Michael P. Crocker, Baltimore, Md., for plaintiffs.

Foster H. Fanseen, Baltimore, Md., for defendant.

THOMSEN, Chief Judge.

Plaintiff Edward Meadows objects to interrogatory No. 18 of defendant which asks:

"Have you ever been convicted of a crime, other than minor traffic violations? If the answer is in the affirmative state, where, when and for what offense?"

Objection overruled. An interrogatory to a party designed to elicit facts which may be used in cross examination to affect credibility of that party is a proper subject of discovery. 4 Moore's Federal Practice (2d ed.), ¶26.16[1], p. 1182–3; 2A Barron & Holtzoff, Federal Practice and Procedure, § 647, p. 77, and cases cited thereunder in both treatises. See also Rediker v. Warfield, S.D.N.Y., 11 F.R.D. 125, 128, citing Hickman v. Taylor, 329 U.S. 495, 511, 67 S.Ct. 385, 91 L.Ed. 451.